NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**30476**
**04-JAN-2013**
**08:31 AM**

NO. 30476

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Matter of Attorney's Fees Pertaining to
LIONEL D. MEYER, Appellee,
in the case of
TYRONE L. THORN, Claimant-Appellant,
v.
SURE SAVE SUPER MARKET, Employer-Appellee,
and
ISLAND INSURANCE COMPANY, Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND
INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2009-546(H) (1-06-01073))

ORDER DENYING DEFENDANT-APPELLANT'S
MOTION FOR RECONSIDERATION
(By: Foley, Presiding J., Fujise and Leonard, JJ.)

Upon consideration of "Claimant-Appellant Tyrone L.
Thorn's Motion for Reconsideration of Judgment on Appeal" filed
December 13, 2012, the papers in support of the motion, and the

records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawai'i, January 4, 2013.

Presiding Judge

Associate Judge

Associate Judge

2